UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JESUS M. RODRIGUEZ PENA,
                        Plaintiff

             -against-

KOVATRANS, INC. AND TETIANA V. KURNITSKA,
                       Defendants.
-------------------------------------------------------------X

21 Civ. 1282 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 22, 2021, at 10:50 a.m;

WHEREAS, the parties filed a proposed Case Management Plan which indicates that they consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. *See* 28 U.S.C. § 636(c). It is hereby

**ORDERED** that the April 22, 2021, initial pretrial conference is **adjourned** sine die. It is further

**ORDERED** that by **April 23, 2021**, the parties shall return an executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form to the Clerk of Court, confirming their intention to conduct all further proceedings before Judge Robert W. Lehrburger, in compliance with Rule 73.1 of the Local Civil Rules for the Southern and Eastern Districts of New York.[1]

Dated: April 15, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**

---

[1] The form is available at https://www.nysd.uscourts.gov/sites/default/files/practice_documents/rwlConsentToProceedBeforeUSMagistrateJudge._0.pdf.