```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JESUS M. RODRIGUEZ PENA,                                    :
                              Plaintiff,                    :
                                                            :        21 Civ. 1282 (LGS)
              -against-                                     :
                                                            :               ORDER
TETIANA V. KURNITSKA, et al.,                               :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendant Kurnitska filed a notice of removal on February 12, 2021;

    WHEREAS, Defendant Kurnitska filed a proposed case management plan on April 15, 2021, with the consent and input of Plaintiff's counsel, Joshua Goldblatt;

    WHEREAS, Joshua Goldblatt has not appeared in this matter;

    WHEREAS, Defendant Kovatrans, Inc., has not appeared in this matter;

    WHEREAS, Plaintiff Rodriguez Pena, through counsel Goldblatt, and Defendant Kurnitska have submitted a consent for reference to a magistrate judge for all proceedings;

    WHEREAS, all parties must agree to any such consent.  It is hereby

    **ORDERED** that counsel for Plaintiff, Joshua Goldblatt, shall file a notice of appearance in this matter by **April 30, 2021**;

    **ORDERED** that, by **May 3, 2021**, Plaintiff shall file a status letter explaining whether he has been in communication with Defendant Kovatrans, Inc., describing what efforts, if any, he has taken to serve Kovatrans, Inc., and stating whether he intends to proceed against Kovatrans, Inc.

2

If not, he shall file a dismissal as to Kovatrans, Inc., and, if so, he shall accomplish service no later than **May 10, 2021**;

**ORDERED** that Defendant shall (1) notify Plaintiff's counsel of this Order by serving upon him a copy of this Order and (2) file proof of such service by **April 28, 2021**.

Dated: April 26, 2021
      New York, New York

                                            **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**