```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JESUS M. RODRIGUEZ PENA,                                     :
                                Plaintiff,                   :
                                                             :         21 Civ. 1282 (LGS)
                -against-                                    :
                                                             :                ORDER
TETIANA V. KURNITSKA, et al.,                                :
                                                             :
                                Defendants.                  :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 11, 2021, Plaintiff filed an affidavit of service providing that Defendant Kovatrans, Inc., was served through an authorized agent in the office of the Secretary of State of the State of New York;

WHEREAS, Defendant Kovatrans, Inc., has not appeared. It is hereby

**ORDERED** that, if Defendant Kovatrans, Inc., fails to appear by June 1, 2021, then no later than **June 9, 2021,** Plaintiff shall file a letter (1) proposing a date to present an Order to Show Cause for default judgment as to Defendant Kovatrans, Inc., and related papers as provided in the Court's Individual Rules, and (2) explaining the status of any efforts to reach Defendant Kovatrans, Inc. It is further

**ORDERED** that Plaintiff shall serve a copy of this Order on Defendant Kovatrans, Inc., and shall file an affidavit of service no later than **May 28, 2021**.

Dated: May 19, 2021
       New York, New York

                                        _____
                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE