UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESUS M. RODRIGUEZ PENA,

                Plaintiff,         21 Civ. 1282 (LGS)

      -against-                       ORDER

TETIANA V. KURNITSKA, et al.,

                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 19, 2021 (Dkt. No. 19), required Plaintiff to file a letter (1) proposing a date to present an Order to Show Cause for default judgment as to Defendant Kovatrans, Inc., and related papers as provided in the Court's Individual Rules, and (2) explaining the status of any efforts to reach Defendant, if Defendant Kovatrans, Inc., fails to appear.

WHEREAS, Defendant Kovatrans, Inc., has not appeared.  Plaintiff has not filed the materials required by the May 19, 2021, Order.  It is hereby

**ORDERED** that Plaintiff shall file the materials by **June 14, 2021**.

Dated: June 10, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                        **UNITED STATES DISTRICT JUDGE**