UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESUS M. RODRIGUEZ PENA,
                   Plaintiff,

         -against-                           21 Civ. 1282 (LGS)

                                          ORDER
TETIANA V. KURNITSKA, ET AL.,

                   Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendant Kovatrans, Inc., has appeared in this matter and filed an answer.

      WHEREAS, prior to Kovatrans's appearance, Plaintiff Rodriguez Pena and Defendant Kurnitska submitted a notice of consent to a magistrate judge's authority for all proceedings. It is hereby

      **ORDERED** that if all parties seek to consent to proceed before a United States Magistrate Judge, they shall return an executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form to the Clerk of Court. The form is available at: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

Dated: June 17, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE